## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 421 MAL 2017

:

Respondent   :

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.   :

:

:

:

MIGUEL ANGEL GONZALEZ,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.